William MacLEAN, Jr., Libelant-Appellant, v. UNDERCLIFF TERMINAL & WAREHOUSE COMPANY, Owner of the Lighter Highcliff, etc., Respondent-Appellee. (Circuit Court of Appeals, Second Circuit. December 17, 1923.) No. 114. Appeal from the District Court of the United States for the Southern District of New York. Park, Mattison & Lynch, of New York City (Samuel Park, of New York City, of counsel), for libelant. Bigham, Englar & Jones, of New York City (T. Catesby Jones, Vine H. Smith, and W. H. Woolley, all

of New York City, of counsel), for respondent. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree (287 Fed. 876) affirmed.